FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 23-53159-JEH | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|
| Case Name: | GELHAUS, AMANDA LYNN | Date Filed (f) or Converted (c): | 09/14/2023 (f) |
| For the Period Ending: | 10/25/2023 | §341(a) Meeting Date: | 10/24/2023 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2017 Ford Fusion Mileage: 70,000 | $12,000.00 | $0.00 | | $0.00 | $1.00 |
| 2 | Household Goods | $1,350.00 | $0.00 | | $0.00 | FA |
| 3 | Clothing | $350.00 | $0.00 | | $0.00 | FA |
| 4 | Jewelry | $150.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Key Bank | $10.00 | $0.00 | | $0.00 | $1.00 |
| 6 | Savings Key Bank | $0.00 | $1.00 | | $0.00 | $1.00 |
| 7 | Direct Deposit CashApp | $20.00 | $0.00 | | $0.00 | $1.00 |
| 8 | Stefan Hazelwood Child Support | $40,000.00 | $0.00 | | $0.00 | FA |
| 9 | Term Life Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Potential 2023 federal and state tax refunds (u) | Unknown | $1.00 | | $0.00 | $1.00 |
| 11 | Garnishment - Kemba (u) | Unknown | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

|  | $53,880.00 | $3.00 |  | $0.00 | $6.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

10/25/2023    The Trustee has filed a 2023 tax motion in this case. The Trustee will seek the turnover of copies of the tax returns and federal and state tax refunds of the debtor for the benefit of unsecured creditors. The Trustee has also requested copies of all bank account statements and health savings statements reflecting account balances on the date of filing and 90 days prior. Also, the Trustee will investigate the value of a motor vehicle for possible liquidation on behalf of the bankruptcy estate. Additionally, the Trustee will seek to recover funds garnished from the debtor during the preference period. tsoma

| Initial Projected Date Of Final Report (TFR): | Current Projected Date Of Final Report (TFR): | /s/ WILLIAM B. LOGAN, JR. |
|---|---|---|
| | | WILLIAM B. LOGAN, JR. |